UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHRISTOPHER FOSTER,
    Plaintiff

vs.

STATE OF OHIO, et al.,
    Defendants

Case No. 1:15-cv-595
Black, J.
Litkovitz, M.J.

**ORDER**

    This matter was dismissed by the Court's Order of December 2, 2015, because plaintiff is prohibited from proceeding *in forma pauperis* in this matter under the "three strikes" provision of 28 U.S.C. § 1915(g) and failed to pay the Court's $400 filing fee. (Doc. 9). On January 27, 2016, plaintiff filed a motion requesting the Clerk of Court to enter default judgment against the SOCF defendants. (Doc. 11). This post-judgment motion is without merit and is hereby **DENIED**.

    If plaintiff wishes to obtain review of this Court's Order dismissing his case, he must pursue an appeal to the United States Court of Appeals for the Sixth Circuit and not file post-judgment motions.

    **IT IS SO ORDERED**.

Karen L. Litkovitz
United States Magistrate Judge